UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-62387-civ-ROSENBAUM/HUNT

WILLIE BROOKS,

    Plaintiff,

vs.

MORAN FOODS, LLC. d/b/a SAVE-A-LOT #140,

    Defendant,
_____/

## PLAINTIFF'S NOTICE OF TAKING DEPOSITION
(Witness will be produced by opposing counsel)

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

| **NAME** | **DATE AND TIME** |
|---|---|
| William Mavigliano | Tuesday, April 8, 2014 at 12:00 p.m. |

**LOCATION**    US Legal Support
515 E. Las Olas Blvd., Suite 300
Ft. Lauderdale, FL 33301

    Upon oral examination before a reporting service, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida Each oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, <u>de bene esse</u> or for such other purposes as are permitted under the Rules.

## CERTIFICATE OF SERVICE

We hereby certify that on February 21, 2014, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

The Law Offices of
Robert J. Fenstersheib & Associates, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone:   (954) 456-2488
Fax:              (954) 456-2588

By: _____
Michael J. Lariosa, Esq.
Florida Bar No.: 98644
Mlariosa@fenstersheib.com
Mjl-pleadings@fenstersheib.com

**SERVICE LIST**

Miranda Lundeen Soto, Esq.
Hamilton, Miller & Birthisel
150 SE 2nd Ave., Suite 1200
Miami, FL  33131
Msoto@hamiltonmillerlaw.com
Cweekley@hamiltonmillerlaw.com