UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

Case No. 13-62387-CIV-
MIDDLEBROOKS

WILLIE BROOKS, JR.,

        Plaintiff,

vs.

MORAN FOODS, LLC. d/b/a
SAVE-A-LOT #140,

        Defendant.

_____/

## NOTICE OF FILING CERTIFICATION OF AUTHORITY
(Pursuant to Fla.R.Civ.P. 1.720 Mediation Procedures)

**COMES NOW** the Defendant, MORAN FOODS, LLC., d/b/a SAVE—LOT #140, pursuant to Fla.R.Civ.P. 1.720 *Mediation Procedures*, provides this written notice designating the following parties who will be in attendance at the mediation conference scheduled for June 16, 2014, at 10:00 am, at K & A Mediation Alfred I. Dupont Building, 169 East Flagler Street, Suite 1420, Miami, FL 33131, (305-377-2728), and who will have the legal authority required by Fla.R.Civ.P 1.720, subdivision (b):

| Name of Individual | Appearing as [indicate one]: |
|---|---|
| Miranda L. Soto | Counsel for Defendant |
| Schuyler A. Smith | Counsel for Defendant |
| Laura L. Daly (telephonically) | Representative from Moran Foods, LLC., d/b/a Save-A-Lot #140 |

**(SIGNATURE ON FOLLOWING PAGE)**

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 12, 2014** I electronically filed the foregoing document with the Clerk of the court using the E-Filing Portal.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by electronic mail.

*/s/ Miranda Lundeen Soto*
Miranda Lundeen Soto

### SERVICE LIST

| | |
|---|---|
| Michael J. Lariosa, Esq. | Miranda Lundeen Soto, Esq. |
| mlariosa@fenstersheib.com | msoto@hamiltonmillerlaw.com |
| jw@fenstersheib.com | yalvarez@hamiltonmillerlaw.com |
| 520 West Hallandale Beach Blvd. | nmanso@hamiltonmillerlaw.com |
| ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A. | HAMILTON, MILLER & BIRTHISEL, |
| Hallandale Beach, FL  33009 | 150 Southeast Second Avenue, Suite 1200 |
| Telephone: (954) 456-2488 | Miami, Florida 33131 |
| Facsimile: (954) 252-2139 | Telephone: 305-379-3686 |
| ***Attorney for Plaintiff*** | Facsimile: 305-379-3690 |
| | ***Attorney for Defendant*** |

2