UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-62387-civ-ROSENBAUM/HUNT

WILLIE BROOKS,

    Plaintiff,

vs.

MORAN FOODS, LLC. d/b/a SAVE-A-LOT #140,

    Defendant,
_____/

**PLAINTIFF'S CROSS NOTICE OF TAKING DEPOSITION**

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of:

| **NAME** | **DATE AND TIME** |
|---|---|
| Tabatha Amos | Wednesday, July 9, 2014 at 10:00 a.m. |

| **LOCATION** | Hamilton, Miller & Birthisel, LLP<br>150 SE Second Ave., Suite 1200<br>Miami, FL 33131 |
|---|---|

    Upon oral examination before a reporting service, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida  Each oral examination will continue from day to day until completed and is being taken for the purposes of discovery, for use at trial, <u>de bene esse</u> or for such other purposes as are permitted under the Rules.

## **CERTIFICATE OF SERVICE**

      We hereby certify that on June 23, 2014, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

      The Law Offices of
Robert J. Fenstersheib & Associates, P.A.
Attorneys for Plaintiff
520 W. Hallandale Beach Blvd.
Hallandale, Florida  33009
Telephone:   (954) 456-2488
Fax:             (954) 456-2588

By:   Michael J. Lariosa, Esq.
      Michael J. Lariosa, Esq.
      Florida Bar No.: 98644
      Mlariosa@fenstersheib.com
      Mjl-pleadings@fenstersheib.com

**SERVICE LIST**

Miranda Lundeen Soto, Esq.
Hamilton, Miller & Birthisel
150 SE 2nd Ave., Suite 1200
Miami, FL  33131
Msoto@hamiltonmillerlaw.com
Yalveraz@hamiltonmillerlaw.com