UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62387-CIV-MIDDLEBROOK

WILLIE BROOKS, JR.,

    Plaintiff,

vs.

MORAN FOODS, LLC. d/b/a
SAVE-A-LOT #140,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF TAKING DEPOSITION OF WILLIE BROOKS, III

**PLEASE TAKE NOTICE** that the Defendant will take the deposition of the below-named person on the date and at the hour and at the location indicated below:

**NAME:**  Willie Brooks, III

**DATE and TIME:**  July 14, 2014 immediately proceeding the deposition of Ilane Sinclair

**PLACE:**  Veritext Legal Solutions
10 Fairway Drive, Suite 118
Deerfield Beach, Florida 33441

upon examination before, Veritext Legal Solutions, Notary Public, or any other notary public or officer authorized by law to take depositions in the State of Florida.  The oral examination will continue from day to day until completed.  This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rule of Court.

CASE NO. 0:13-cv-62387-MIDDLEBROOKS

Respectfully submitted,

*/s/ Miranda Lundeen Soto*
Miranda Lundeen Soto, Esq.
Florida Bar No.: 637963
msoto@hamiltonmillerlaw.com
yalvarez@hamiltonmillerlaw.com
nmanso@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: 305-379-3686
Facsimile:  305-379-3690
***Attorney for Defendant***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 25, 2014**, I electronically filed the foregoing document with the Clerk of the court using the E-Filing Portal.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by electronic mail.

*/s/ Miranda Lundeen Soto*
Miranda Lundeen Soto

### SERVICE LIST

| Michael J. Lariosa, Esq. | Miranda Lundeen Soto, Esq. |
|---|---|
| mlariosa@fenstersheib.com | msoto@hamiltonmillerlaw.com |
| jw@fenstersheib.com | yalvarez@hamiltonmillerlaw.com |
| 520 West Hallandale Beach Blvd. | nmanso@hamiltonmillerlaw.com |
| ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A. | HAMILTON, MILLER & BIRTHISEL, 150 Southeast Second Avenue, Suite 1200 |
| Hallandale Beach, FL  33009 | Miami, Florida 33131 |
| Telephone: (954) 456-2488 | Telephone: 305-379-3686 |
| Facsimile: (954) 252-2139 | Facsimile: 305-379-3690 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |