**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 13-62387-CIV-ROSENBAUM/HUNT**

**WILLIE BROOKS, JR.**,

     Plaintiff,

vs.

**MORAN FOODS, LLC, d/b/a SAVE-A-LOT #140**,

     Defendant.

## PLAINTIFF'S NOTICE OF SERVING OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT PURSUANT TO FLORIDA STATUTE § 768.79

Plaintiff, WILLIE BROOKS, JR., by and through undersigned counsel and pursuant to Florida Statute § 768.79 hereby files its Notice of Serving Offer of Judgment/Proposal for Settlement to Defendant, MORAN FOODS, LLC d/b/a SAVE-A-LOT.

Dated: July 15, 2014

    Respectfully submitted,

    **/s/ Michael J. Lariosa**
    Michael J. Lariosa, Esquire
    E-mail: mlariosa@fenstersheib.com
    Florida Bar No.: 98644
    THE LAW OFFICES OF
    ROBERT J. FENSTERSHEIB AND ASSOCIATES, P.A.
    520 W Hallandale Beach Blvd.
    Hallandale, Florida 33009
    Telephone: (954) 456-2488
    Facsimile: (954) 252-2139
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2014, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ **Michael J. Lariosa**
Michael J. Lariosa, Esquire

## SERVICE LIST

Miranda Lundeen Soto, Esq.
Florida Bar No.: 637963
Attorney for Defendant
msoto@hamiltonmillerlaw.com
ssmith@hamiltonmillerlaw.com
yalvarez@hamiltonmillerlaw.com
nmanso@hamiltonmillerlaw.com
nalvarez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone:     (305) 379-3686
Facsimile:     (305) 379-3690